No. 781. URBANO *v.* READERS DIGEST ASSN., INC. C. A. 2d Cir. Motion to dispense with printing petition granted. Certiorari denied. *Purvis Brearley* for petitioner. *Thomas F. Daly* for respondent.